FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 14 2011

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| KDC ACQUISITIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KEVIN KLAESS; SALTY DOG BAR & GRILL, et al., <br><br> Defendants. | CASE NO. SACV10-1682 AG (RNBx) <br><br> JUDGMENT |

It is hereby ordered, adjudged and decreed that Plaintiff has judgment against Defendants Kevin Klaess and Salty Dog Bar & Grill, a California Limited Partnership as follows:

1. Defendants Kevin Klaess and Salty Dog Bar & Grill, a California Limited Partnership, and their respective officers, directors, agents, servants, employees, who receive actual notice of this judgment, whether by personal service

or otherwise, are permanently enjoined from using in any business or enterprise related to bar, tavern, restaurant, food and, or, alcoholic beverage services, the names or terms "Salty Dog," "Salty Dog Bar & Grill" and "saltydogbarandgrill.com" and any other name, mark, term, domain name, social media presence or image likely to cause confusion or mistake in the mind of the public or to deceive the public into the belief that Defendants' business and/or services are in any way associated with or related to Plaintiff KDC's "Salty Dawg" business, goods or services.

2. Defendants shall, no later than April 15, 2011, destroy any and all infringing signs, menus, promotional, marketing, advertising and all other material used in the conduct of Defendants' business, which bear the words or term "Salty Dog" and cease using the domain name "saltydogbarandgrill.com."

3. Defendants shall file with the Court and serve on counsel of record for plaintiff KDC no later than April 29, 2011 a sworn statement as provided in 15 U.S.C. § 1116 confirming that any and all infringing signs, menus, promotional, marketing, advertising and all other material used in the conduct of Defendants' business, which bear the words "Salty Dog" have been destroyed and that the domain name "saltydogbarandgrill.com" is no longer being used.

4. This Court shall retain jurisdiction over this matter to the extent necessary to enforce the terms of this injunction. *See Kokkonen* v. *Guardian Life Insurance Company of America,* 114 S.Ct. 1673 (1994).

Entered this \_\_14TH\_\_ day of March, 2011.

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE